IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                          PLAINTIFF

v.                    Case No. 2:20-cr-20014-001

EMMANUEL MIRANDA                           DEFENDANT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3), Local Rule 72.1 ¶ XII, and General Order No. 40, this matter was referred to the undersigned for the purposes of conducting a change of plea hearing pursuant to Rule 11 of the Federal Rules of Criminal Procedure. Such a hearing was conducted on November 13, 2020, and, pursuant to a written Plea Agreement, the Defendant entered a plea of guilty to Count One of the Indictment. Pursuant to the Plea Agreement, the Government will move to dismiss the remaining Counts of the Indictment and the forfeiture allegation as they pertain to the Defendant once the Court has pronounced sentence.

The Plea Agreement states, inter alia, that the Defendant agrees to forfeit any and all interest that he may have in the $4,150 in United States Currency and Springfield firearm, serial no. 289886, seized by the DEA and/or FBI on August 5, 2020 and agrees to consent to and not to contest in any manner the administrative forfeiture of these assets. The Defendant acknowledges that these assets are subject to forfeiture as proceeds of illegal conduct, property facilitating illegal conduct, and/or property involved in illegal conduct giving rise to forfeiture. The Defendant agrees to execute any and all documents requested by the United States to facilitate or complete the forfeiture process(es.) The Defendant further agrees not to assist any other person or entity in contesting the forfeiture of the property(ies) seized in connection with this case. The

United States agrees not to seek any further criminal forfeitures pursuant to the Forfeiture Allegation of the Indictment.

1. The Defendant, after consultation with his counsel, has knowingly and voluntarily consented, on the record at the hearing, to the entry of his guilty plea before the undersigned, with the plea being subject to final approval by U. S. District Judge P. K. Holmes, III.

2. The Defendant and the Government have entered into a written Plea Agreement which has been disclosed in open court pursuant to Rule 11(c)(2), and the undersigned has directed that the Plea Agreement be filed.

3. The Defendant is fully competent and capable of entering an informed plea; the Defendant is aware of the nature of the charges, the applicable maximum penalties, and the consequences of the plea; the Defendant is fully satisfied with his counsel and has had sufficient time to consult with him and, the plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.

4. The Defendant understands his constitutional and statutory rights and wishes to waive these rights.

5. The parties were informed on the record at the hearing of their right to file written objections within fourteen (14) days after receipt of this Report and Recommendation. To expedite acceptance of the guilty plea, the parties waived, on the record, their right to file objections.

Based on the foregoing, the undersigned recommends that the guilty plea be accepted and that the written Plea Agreement be tentatively approved, subject to final approval at sentencing.

Dated: November 13, 2020.

/s/ *Mark E. Ford*
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDG